**Zare Khorozian Law, LLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

November 25, 2019

*Via ECF*
The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    Murphy v. Sonoma Restaurant Group Inc.
                   Case No.: 1:19-cv-09216-LGS

Dear Mr. Judge Schofield,

     The undersigned represents the Plaintiff, James Murphy, on behalf of himself and all other persons similarly situated, in the above captioned action. The Plaintiff respectfully requests (1) that the Initial Case Conference scheduled for December 5, 2019 be adjourned to January 15, 2020 (2) that the date to file an answer in this matter be extended to January 15, 2020. The reason for this request is because the Defendant's counsel has yet to make an appearance in this matter. This office is making efforts to communicate with the Defendant to urge them to seek legal representation and to have their attorney appear in this matter and answer the complaint on file. There have been no prior adjournment or extension requests made in this matter.

     We thank the Court for its time and consideration.

Application GRANTED IN PART. The initial pretrial conference, scheduled for December 5, 2019, is adjourned to January 9, 2020, at 10:40 a.m.

If Defendant continues to fail to appear, the January 9, 2020 initial pretrial conference shall be treated as a Show Cause Hearing. Plaintiff shall move for default judgment by December 17, 2019, pursuant to Attachment A of the Individual Rules, and shall file an affidavit of service reflecting that Defendant was served with the Order to Show Cause and supporting papers by January 2, 2020.

Dated: November 26, 2019
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE