# Zare Khorozian Law, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

*Application GRANTED IN PART. The application is untimely but is nevertheless granted in part. Plaintiff's deadline to move for default judgment is extended to January 3, 2020.*

*Plaintiff's request to adjourn the initial pretrial conference is DENIED. If Defendant appears, the parties shall file their joint letter and proposed Case Management Plan and Scheduling Order by January 2, 2020.*

*Dated: December 19, 2019*
*New York, New York*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

*Via ECF*
The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Murphy v. Sonoma Restaurant Group Inc.
             Case No.: 1:19-cv-09216-LGS

Dear Mr. Judge Schofield,

    The undersigned represents the Plaintiff, James Murphy, on behalf of himself and all other persons similarly situated, in the above captioned action. The Plaintiff respectfully requests that (1) the deadline, December 17, 2019, to file a motion for default judgment be extended to January 3, 2020 or another date that is convenient to the Court; and (2) the initial pretrial conference, currently scheduled for January 9, 2020 at 10:40 AM, be adjourned to January 23 2020, or another date that is convenience to the court. The reason for this request is because the Defendant has just recently retained counsel to appear in this matter. Specifically, I was informed by Defendant's in-house counsel on December 16, 2019 that this matter had been referred to an attorney who has been retained by Defendant and who will appear in this matter. There has been one prior adjournment or extension requests made in this matter.

    We thank the Court for its time and consideration.

             Very truly yours,
             *Zare Khorozian*
             ZARE KHOROZIAN, ESQ.
             ZARE KHOROZIAN LAW, LLC