```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              : DOC #:
JAMES MURPHY,                                 : DATE FILED: 01/24/2020
                    Plaintiff,                :
                                              :       19 Civ. 9216 (LGS)
        -against-                             :
                                              :              ORDER
SONOMA RESTAURANT GROUP INC.,                 :
                    Defendant.                :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 3, 2020 (Dkt. 14) requires the parties to file a proposed case management plan and joint letter by January 23, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **January 27, 2020**, at **noon**.

Dated: January 24, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**